# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARCHELLO PORTER
ADC #129127                                                      PETITIONER

v.                     Case No. 5:18-cv-00118-JTK

WENDY KELLEY, *Director*,
Arkansas Department of Correction                        RESPONDENT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's petition is DISMISSED with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this 14th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE